UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO, *on behalf of himself and all others similarly situated*,

                  Plaintiffs,

-v.-

B2C JEWELS, LLC,

                  Defendant.

20 Civ. 7858 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    There is currently an initial pretrial conference scheduled in this action for December 18, 2020. However, the Defendant has not yet appeared in this case, and on December 9, 2020, Plaintiff obtained a Certificate of Default as to the Defendant. (Dkt. #9). Given that Plaintiff has initiated the process for default judgment, the Court believes it premature to hold a conference in this action. Accordingly, the Court ADJOURNS the initial pretrial conference *sine die*. Plaintiff is directed to file a proposed Order to Show Cause for default judgment and supporting paperwork, in accordance with the Court's Individual Rules of Practice in Civil Cases, on or before January 11, 2021.

    SO ORDERED.

Dated:  December 10, 2020
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge